UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY CHARLES BARNES, JR., | ) CASE NO. CV 09-1573-JHN (PJW) |
| Petitioner, | ) |
| | ) ORDER ACCEPTING REPORT AND |
| v. | ) RECOMMENDATIONS OF UNITED STATES |
| | ) MAGISTRATE JUDGE AND DENYING |
| WARDEN, | ) CERTIFICATE OF APPEALABILITY |
| | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

Further, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right and, therefore, a certificate of appealability should not issue in this action. *See* 28 U.S.C.

1  § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S.
2  322, 336 (2003).

4       DATED:    February 9, 2010

                                    _____
                                    JACQUELINE H. NGUYEN
                                    UNITED STATES DISTRICT JUDGE

28 C:\Temp\notesE1EF34\Order accep r&r.wpd