UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNY CHARLES BARNES, JR., | ) | CASE NO. CV 09-1573-JHN (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>February 9, 2010</u>

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd